**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Alex Rolando Pilco Morocho,<br><br>Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General, et al.,<br><br>Respondents. | Case No. 0:26-cv-01502-DMT-JFD |

## ORDER TRANSFERRING VENUE

[¶1] THIS MATTER comes before the Court on a Petition for Writ of Habeas Corpus filed by Petitioner on February 18, 2026. Doc. No. 1. Respondents filed a Response on February 23, 2026. Doc. No. 6. Due to inconsistencies regarding the Petitioner's detention location in the Petition (See Doc. No. 1, ¶¶ 5-6, 9, 21), this Court issued a Briefing Order requesting Respondents to provide additional information regarding the Petitioner's location at the time the Petition was filed. Doc. No. 7. However, Respondents failed to respond.

[¶2] Based on Petitioner's statements in the Petition, it is very likely that Petitioner was in El Paso, Texas on February 18, 2026 when the Petition was filed. See Doc. No. 1, ¶¶ 9, 21. Accordingly, this Court lacks subject matter jurisdiction over this case. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies only in one district: the district of confinement."). Since Petitioner was located in El Paso, Texas when the Petition was filed, transfer to the Western District of Texas is appropriate and in the interest of justice. 28 U.S.C. § 1406(a).

[¶3] Accordingly, this case is **TRANSFERRED** to the United States District Court for the Western District of Texas for all further proceedings and disposition of all remaining motions.

[¶4] **IT IS SO ORDERED.**

DATED March 4, 2026.

Daniel M. Traynor, District Judge
United States District Court